IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANIEL HALL,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | CV 25-15-M-KLD<br><br><br>ORDER |

　　　　On January 23, 2025, Plaintiff Daniel Hall lodged a Complaint pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision by the Commissioner of Social Security denying his application for disability benefits under Title II of the Social Security Act. (Doc. 1). Plaintiff has not paid the civil filing fee or submitted an application to proceed in forma pauperis under 28 U.S.C. § 1915(a). If Plaintiff intends on proceeding with this action, he must either pay the $405 filing fee or obtain leave of Court to proceed in forma pauperis. Accordingly,

　　　　IT IS ORDERED that Plaintiff shall have until February 18, 2025, to either

//

//

//

1

pay the civil filing fee or file an Application to Proceed in District Court without Prepaying Fees or Costs.

DATED this 31st day of January, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge